UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany S. Alowonle, <br><br>       Plaintiff, <br><br>  v. <br><br>Equifax Information Services LLC; <br>Experian Information Solutions, Inc.; <br>Trans Union LLC; Comenity Bank; <br>Comenity Capital Bank; Nelnet Bank; <br>and Phoenix Financial Services, LLC, <br><br>       Defendants. | Case No. 0:22-cv-01674 |

**COMENITY BANK AND COMENITY CAPITAL BANK'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Comenity Bank and Comenity Capital Bank (collectively "Comenity"), by counsel, request that the Court extend the time they have to respond to Plaintiff's Complaint up to and including August 2, 2022. In support of this motion, Comenity states:

1. On June 28, 2022, Experian Information Solutions, Inc. removed this case from Minnesota District Court for the Fourth Judicial District to this Court. (ECF No. 1.)

2. Pursuant to Federal Rule of Civil Procedure 81(c), Comenity's response to Plaintiff's Complaint is currently due July 5, 2022.

3. Comenity's counsel needs additional time to review and investigate Plaintiff's allegations and to prepare an appropriate response. Comenity is also engaged in discussions with Plaintiff's counsel regarding the merits of the claims that could

resolve the claims against Comenity. Accordingly, Comenity respectfully requests that the Court extend its deadline to file a responsive pleading.

4. This motion is filed in good faith and not for any improper purpose. Extending Comenity's deadline to file a response to the Complaint will not prejudice any party nor delay this proceeding any further than necessary. This is Comenity's first request for an extension of time to respond to the Complaint.

5. Counsel for Comenity has conferred with Plaintiff's counsel regarding this the extension, and Plaintiff has no objection to the request. (*See* Comenity's Meet and Confer Statement.)

WHEREFORE, Defendants Comenity Bank and Comenity Capital Bank respectfully requests that the Court extend the time they have to respond to Plaintiff's Complaint to and including August 2, 2022.

Dated: July 5, 2022                               **RUBRIC LEGAL LLC**

/s/ Chad A Snyder
Chad A. Snyder (#288275)
111 3rd Ave. S – Suite 110
Minneapolis, MN 55401
612.465.0074
chad@rubriclegal.com

Attorneys for Defendant
Comenity Bank and Comenity
Capital Bank